

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00096-CR

_____

GARY TRISTON GUICE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th Judicial District Court
Gregg County, Texas
Trial Court No. 36,392-A

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Gary Triston Guice appeals from his conviction on his open plea of guilty to three felony offenses in a single proceeding. In this case, numbered 06-08-00096-CR (trial cause number 36,392-A), Guice was convicted of sexual assault. Guice pled guilty to the offense. The issue of punishment was tried to the trial court, which sentenced him to twenty years' imprisonment in this case, to run concurrently with the sentences in the other two cases.[1]

On appeal, Guice raises two contentions of error. First, he argues that the trial court committed reversible error by failing to consider the entire range of punishment for the offense, and second, that the punishment imposed violated the right against cruel and unusual punishment.

We addressed these issues in detail in our opinion of this date on his appeal in cause number 06-08-00095-CR. For the reasons stated therein, we affirm the judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:     December 22, 2008
Date Decided:       December 23, 2008

Do Not Publish

---

[1]In cause number 06-08-00095-CR (trial number 35,832-A), Guice was convicted of aggravated robbery and sentenced to life imprisonment. In cause number 06-08-00097-CR (trial number 36,394-A), Guice was convicted of aggravated kidnapping and sentenced to life imprisonment.